IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>KOELSCH SENIOR COMMUNITIES, LLC,<br><br>Defendant | CIVIL ACTION NO.  3:18-cv-05792<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, female, and to provide appropriate relief to Rebecca Flores, who was adversely affected by such practices and to prevent further occurrence of such practices.  The Equal Employment Opportunity Commission ("EEOC" or "the Commission") alleges that defendant Koelsch Senior Communities, LLC ("Koelsch" or "Defendant") violated Title VII by subjecting Ms. Flores to a hostile work environment because of sex, female.

EEOC v. KOELSCH SENIOR COMMUNITIES, LLC-COMPLAINT
Page 1 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. section 2000e *et seq*. ("Title VII") and section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h) employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## ADMINISTRATIVE PROCEDURES

6. More than thirty days prior to the institution of this lawsuit, Rebecca Flores filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant.

EEOC v. KOELSCH SENIOR COMMUNITIES, LLC-COMPLAINT
Page 2 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

7.     On May 31, 2018, the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe that Title VII was violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

8.     The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

9.     The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

10.    On July 19, 2018, the Commission issued to Defendant a Notice of Failure of Conciliation.

11.    All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

12.    Since at least June 2015, as described in greater particularity below, Defendant has engaged in unlawful employment practices in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a), by discriminating against Ms. Flores when it subjected her to an unwelcome, hostile work environment because of sex.

    a.   Koelsch's Activities Director engaged in unwelcome conduct of a sexual nature including but not limited to: seeking foot massages from Ms. Flores; requesting that Ms. Flores "get on all fours" for a wrestling demonstration; placing Ms. Flores in a choke hold; discussing intimate details about her marriage with Ms. Flores, including dating and sexual practices; and telling Ms. Flores she wanted to "rub her butt."

EEOC v. KOELSCH SENIOR COMMUNITIES, LLC-COMPLAINT
Page 3 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

      b. Ms. Flores complained to Koelsch upper management in late September 2015 about the Activities Director's sexually harassing conduct, but Defendant failed to take prompt action to correct the discriminatory conduct or prevent it from recurring. Instead, Koelsch told Ms. Flores that the Activities Director would remain employed and that Koelsch would "sure hate to lose" Ms. Flores, which she understood to be a warning not to complain further.

      c. The Activities Director continued to subject Ms. Flores to a hostile work environment because of sex following Ms. Flores's late September 2015 complaint, including but not limited to: rubbing Ms. Flores's breast on the pretense of cleaning her blouse; joking about "butts"; and commenting that Ms. Flores could be a "pole dancer."

      d. On or about January 18, 2016, Ms. Flores complained about the Activities Director's ongoing, sexually harassing conduct. Again, Defendant failed to take prompt action to correct the discriminatory conduct or prevent it from recurring, leading Ms. Flores to feel intimidated and fearful of complaining further.

      e. Ms. Flores resigned on or about January 18, 2016.

13. The effect of the practices complained of in paragraph 12 above has been to deprive Ms. Flores of equal employment opportunities and otherwise adversely affect her status as an employee because her sex, female.

14. The unlawful employment practices complained of in paragraph 12 above were intentional.

EEOC v. KOELSCH SENIOR COMMUNITIES, LLC-COMPLAINT
Page 4 of 6

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

15.     The unlawful employment practices complained of in paragraph 12 above were done with malice or with reckless indifference to the federally protected rights of Ms. Flores.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendant and its officers, agents, successors, assigns, and all persons in active concert or participation with them, from failing to provide equal employment opportunities to employees because of their sex, female, and engaging in any employment practice that discriminates on the basis of sex, female.

B.     Order Defendant to institute and carry out policies, practices, and programs which prevent its employees from being subjected to discrimination because of their sex, female, and which eradicate the effects of past and present unlawful employment practices.

C.     Order Defendant to make whole Ms. Flores by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including without limitation past and future out-of-pocket expenses, in amounts to be determined at trial.

D.     Order Defendant to make whole Ms. Flores by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E.     Order Defendant to pay Ms. Flores punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

F.     Grant such further relief as the Court deems necessary and proper in the public interest.

EEOC v. KOELSCH SENIOR COMMUNITIES, LLC-COMPLAINT
Page 5 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

G. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 28 day of September, 2018.

| | |
|---|---|
| BY: */s/ Roberta L. Steele*<br>Roberta L. Steele<br>Regional Attorney<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>San Francisco District Office<br>909 First Avenue, Suite 400<br>Seattle, WA  98104-1061<br>Telephone (415) 522-3150<br>roberta.steele@eeoc.gov | BY: */s/ John F. Stanley*<br>John F. Stanley<br>Supervisory Trial Attorney<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Seattle Field Office<br>909 First Avenue, Suite 400<br>Seattle, WA  98104-1061<br>Telephone (206) 220-6896<br>john.stanley@eeoc.gov |

BY: */s/ Carmen Flores*
Carmen Flores
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6853
Facsimile (206) 220-6911
carmen.flores@eeoc.gov

Attorneys for Plaintiff EEOC

Page 6 of 6

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882