THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> KOELSCH SENIOR COMMUNITIES, LLC, and THE HAMPTON AT SALMON CREEK, LLC <br><br> Defendants. <br> REBECCA FLORES, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> KOELSCH SENIOR COMMUNITIES, LLC, and THE HAMPTON AT SALMON CREEK, LLC <br> Defendants. | CIVIL ACTION NO. 3:18-cv-05792-BHS <br><br><br> ORDER ENTERING CONSENT DECREE |

The Court, having considered the foregoing stipulated agreement of the parties, **HEREBY ORDERS THAT** the Proposed Consent Decree, Dkt. 53, be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with

ORDER ENTERING CONSENT DECREE – 1
*EEOC v. KOELSCH SENIOR COMMUNITIES, LLC, et al.*
3:18-CV-05792-BHS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

prejudice and without costs or attorneys' fees except as stipulated in the Consent Decree. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 11th day of March, 2020

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
BY: */s/ Carmen Flores*
Senior Trial Attorney
Equal Employment Opportunity Commission

ORDER ENTERING CONSENT DECREE – 2
*EEOC v. KOELSCH SENIOR COMMUNITIES, LLC, et al.*
3:18-CV-05792-BHS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882